UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE R. MARTIN,<br><br>                              Plaintiff,<br><br>v.<br><br>T. HARRINSTON, et al.,<br><br>                              Defendants. | Case No.:  14CV2914 BEN (PCL)<br><br>**ORDER DENYING MOTION FOR TRANSCRIPTS AT GOVERNMENT EXPENSE**<br><br>[Docket No. 28] |

Lance R. Martin, a state prisoner proceeding pro se, has filed a "Motion for Transcripts at Government Expense." (Docket No. 28.)  However, Plaintiff is not seeking transcripts.  He is requesting "a conformed copy of [his] Second Amended Complaint . . . with exhibits filed on court record dated May 20, 2015."[1]  (*Id.*)

Plaintiff was allowed to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a).  However, his initial complaint, First Amended Complaint, and SAC were each dismissed for failing to state a claim. (Docket Nos. 3, 17, 22.)  The SAC was dismissed without leave to amend based on futility and Plaintiff filed an appeal.  (Docket

---

[1] Plaintiff's SAC, including exhibits, is approximately 130 pages.

1

1  Nos. 22, 24.)  Plaintiff indicates that he needs a copy of the SAC for purposes of quoting
2  from it in his appellate brief.  However, it is not clear why Plaintiff does not have a copy
3  of his own pleading or why the Court should provide a copy at government expense.
4        Generally, a plaintiff's IFP status does not authorize the court to "to commit
5  federal monies for payment of the necessary expenses in a civil suit brought by an
6  indigent litigant."  *Tabron v. Grace*, 6 F.3d 147, 158-59 (3d Cir. 1993); *see also United*
7  *States v. MacCollom*, 426 U.S. 317, 321 (1976) (discussing free transcripts and noting the
8  established rule that "expenditure of public funds is proper only when authorized by
9  Congress"); *Tedder v. Odel*, 890 F.2d 210, 211-12 (9th Cir. 1989) (finding 28 U.S.C. §
10 1915 does not waive payment of indigent's witness fees).  It appears that Plaintiff is
11 simply attempting to obtain a free copy of his own document without any explanation
12 why he should not pay for the copy or why he did not retain a copy of his own pleading.
13 However, Plaintiff is not entitled to "have documents copied and returned to him at
14 government expense."  *In re Richard*, 914 F.2d 1526, 1527 (6th Cir. 1990).
15       Plaintiff's Motion is **DENIED**.
16       **IT IS SO ORDERED.**
17 Dated:  December 16, 2015
18                                   Hon. Roger T. Benitez
19                                   United States District Judge